# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2677

_____

United States of America,                    *
                                             *
            Appellee,                        *
                                             *
      v.                                     *
                                             *   Appeal from the United States
Charles V. Hyde,                             *   District Court for the
                                             *   District of Nebraska.
            Appellant,                       *
                                             *   [UNPUBLISHED]
Phyllis R. Hyde; Mary K. Hyde;               *
Michael K. Hyde, Co-Conservators             *
of the Conservatorship Estate of             *
Luelle R. Hyde, a Protected Person,          *
                                             *
            Defendants.                      *

_____

Submitted:  October 28, 1999
     Filed:  November 5, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Charles V. Hyde appeals pro se from the district court's[1] entry of default judgment in favor of the United States pursuant to Federal Rule of Civil Procedure 55(b)(2) in this foreclosure action. After review of the record and the parties' briefs, we conclude the district court did not abuse its discretion. See Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 856 (8th Cir. 1996). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.